IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FIRST TIME VIDEOS LLC,

    Plaintiff,

v.

CHRISTOPHER PLOTTS,

    Defendant.

CASE NO. 1:11-cv-08336

Judge: Hon. Ronald A. Guzman

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1) and agreement between the parties, Plaintiff voluntarily dismisses, without prejudice, all causes of action in the Amended Complaint against the Defendant. Defendant has neither filed an answer to Plaintiff's Amended Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

First Time Videos LLC

DATED: May 22, 2012

By:   /s/ Paul Duffy
      Paul Duffy (Bar No. 6210496)
      Prenda Law Inc.
      161 N. Clark Street, Suite 3200
      Chicago, IL 60601
      Phone: 312-880-9160
      Fax: 312-893-5677
      E-mail: paduffy@wefightpiracy.com
      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 22, 2012 all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

/s/ Paul A. Duffy
Paul A. Duffy